IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRUCK DRIVERS AND HELPERS  \*
LOCAL UNION NO. 355
HEALTH & WELFARE FUND,  \*

    Plaintiff,  \*

    v.  \*

ESTATE OF MARK A.  \*
DELINSKI, *et al.*
    \*
    Defendants.
    \*

Civil Action No. RDB-19-3213

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered the Motion for Temporary Restraining Order and/or Preliminary Injunction and for Accelerated Discovery (ECF No. 2) filed by Plaintiff Truck Drivers and Helpers Local Union No. 355 Health & Welfare Fund (the "Health Fund"), and having conducted a hearing concerning the motion, at which counsel for all parties were present, it is this 8th day of November 2019 hereby ORDERED:

1. The Health Fund's Motion for Temporary Restraining Order and/or Preliminary Injunction and for Accelerated Discovery (ECF No. 2) is GRANTED. Specifically:

    a. This Court GRANTS a Temporary Restraining Order and Preliminary Injunction requiring a freeze of $85,000.00[1] held in the Hardwick & Harris

---

[1] This amount corresponds to the approximate amount of settlement funds contained in the Hardwick & Harris Escrow account.

Escrow Account. Additionally, Defendant Hardwick & Harris, LLP shall post a security bond of $75,000.00[2] by Tuesday, November 12, 2019 at 1:00 p.m.;

b. Pursuant to Rule 65(c) of the Federal Rules of Civil Procedure, the Health Fund must post a security bond in the amount of $160,000.00 by Tuesday, November 12, 2019 at 1:00 p.m.;

c. The Health Fund is entitled to pursue expedited discovery. Defendant shall produce to the Health Fund all documents specifically identifying the type and location of any assets already paid and/or to be paid by a third party in settlement of the personal injury claim arising from Mr. Delinski's accident on or about July 19, 2014. This production is due by Friday, November 22, 2019;

2. The parties shall contact this Court's Chambers to schedule a permanent injunction hearing;

3. The parties shall submit a proposed scheduling order;

4. The parties shall submit a joint status report within 60 days of this Order;

5. A copy of this Order shall be sent to counsel of record.

*/s/ Richard D. Bennett*
Richard D. Bennett
United States District Judge

---

[2] This amount corresponds to the approximate amount of settlement funds disbursed to satisfy expert and attorney's fees.