FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 NOV 12  PM 4:52

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| TRUCK DRIVERS AND HELPERS LOCAL UNION NO. 355 HEALTH AND WELFARE FUND, | * | |
| | * | Civil Action No. RDB 19-3213 |
| Plaintiff, | * | |
| v. | * | |
| THE ESTATE OF MARK A. DELINSKI, et. al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

In accordance with this Court's Order of Friday, November 8, 2019, Plaintiff Truck Drivers and Helpers Local Union No. 355 Health and Welfare Fund (the "Health Fund") may submit cash, or cash equivalent, to the Clerk of Court, in satisfaction of its requirement pursuant to Rule 65(c) of the Federal Rules of Civil Procedure, and this Court's November 8, 2019 Order, that it post a security bond in the amount of $160,000.00.

_____
Richard D. Bennett
United States District Judge