IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| TRUCK DRIVERS AND HELPERS LOCAL UNION NO. 355 HEALTH AND WELFARE FUND, | * <br> * <br> * |
| Plaintiff, | * Civil Action No. RDB 19-3213 |
| v. | * <br> * |
| THE ESTATE OF MARK A. DELINSKI, et. al., | * <br> * |
| Defendants. | * |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Truck Drivers and Helpers Local Union No. 355 Health and Welfare Fund, through its counsel, Corey Smith Bott, Shauna Barnaskas and the law firm of Abato, Rubenstein and Abato, P.A., hereby dismiss the above-captioned lawsuit with prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and state that no responsive pleading has been filed by said Defendants.

Date: November 18, 2019

/s/ Corey Smith Bott
Corey Smith Bott
Bar No. 25673

/s/ Shauna Barnaskas
Shauna Barnaskas
Bar No. 16755
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, Maryland 21286
(410) 321-0990 phone
(410) 321-1419 fax

Attorneys for Plaintiff

Request **GRANTED** this 18th day of November, 2019.

Richard D. Bennett
U.S. District Judge