LAW OFFICES

# HARDWICK & HARRIS, LLP

Suite 1501
201 North Charles Street
BALTIMORE, MARYLAND 21201

(410) 727-0828
FAX (410) 727-5893

107 RIDGELY AVENUE, SUITE 9
ANNAPOLIS, MARYLAND 21401
(410) 727-0828

CLIFFORD L. HARDWICK
MICHAEL J. PERTICONE

November 15, 2019

RECEIVED
IN THE CHAMBERS OF
RICHARD D. BENNETT

NOV 2 0 2019

UNITED STATES DISTRICT COURT

Honorable Richard D. Bennett
United States District Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re: Civil Action No: RBD 19-3213
<u>Truck Drivers and Helpers v. Estate of Mark Delinski, et al.</u>

Dear Judge Bennett,

Please accept this correspondence as a status report. The above referenced matter has been settled. Pursuant to the terms of the agreement, a check was issued from our firm's client trust account and hand delivered to Plaintiff's counsel on Wednesday, November 13, 2019. That check has been deposited and presented to the bank for payment. In accordance with the agreement, we are now waiting for Plaintiff's counsel to file a stipulation of dismissal with prejudice upon clearance of the funds.

Thank you and kind regards.

Very truly yours,

*Clifford L. Hardwick*

Clifford L. Hardwick

CLH/ib
cc: Corey Bott, Esq.